IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE, | ) |
| | ) |
| & | ) |
| | ) |
| DONALD CHRISTIAN | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-01423-RCL |
| | ) |
| OCEAN DUCHESS, INC. | ) |
| | ) |
| & | ) |
| | ) |
| UNITED STATES GOV'T | ) |
| DEP'T OF TRANSPORTATION | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT OCEAN DUCHESS, INC.'S MOTION
FOR EXTENSTION OF TIME TO FILE RESPONSIVE PLEADINGS
AND INCORPORATED MEMORANDUM IN SUPPORT**

Defendant, Ocean Duchess, Inc. ("ODI"), by counsel, and pursuant to Fed. R. Civ. P. 12, respectively moves this Court to extend briefly the time period in which ODI must file its responsive pleadings. In support of its motion, ODI states as follows:

1. Plaintiffs filed this action on or about August 11, 2006, and transmitted a copy of their Complaint to ODI on or about October 6, 2006. ODI, in turn, transmitted a copy of the Complaint to this counsel on or about October 11, 2006.

2. On or about October 13, 2006, counsel for ODI transmitted e-mail correspondence to Plaintiff's counsel to inform of our retention as counsel, and to discuss whether formal service of process on ODI had been attempted in light of the absence of any entry

regarding service of process on the civil docket for this action as reflected on PACER. In fact, the only entry addressed to service of process on PACER reflected that summons were issued on September 25, 2006. Based on the uncertainty surrounding service of the Complaint, counsel for ODI also invited opposing counsel to contact him to discuss the voluntary acceptance of service for purposes of allowing the litigation of this action to commence.

3. Subsequent to October 13, 2006, counsel for ODI and counsel for Plaintiff conversed about the underlying allegations and the basis for this action, and also agreed to move the Court to establish a certain deadline for the filing of responsive pleadings in light of the absence of any entry regarding a return of service on PACER relating to ODI.

4. Based on information provided by Plaintiff's counsel during this October, 13, 2006, conversation, ODI may be required to file responsive pleadings by October 26, 2006. Again, the civil docket for this action as reflected on PACER does not reflect that service has been accomplished on ODI.

5. In light of this uncertainty, and based on counsel for ODI's desire for time to evaluate the Complaint and prepare appropriate responsive pleadings, on October 24, 2006, Plaintiff's counsel agreed to endorse an Order granting ODI an extension of 20 days from the date of entry to file responsive pleadings.

6. In light of this agreement of counsel regarding an extension of time for ODI to file responsive pleadings, ODI respectfully moves this Court to enter the Order submitted with this Motion For Extension Of Time To File Responsive Pleadings. This additional period of time is necessary to allow counsel for ODI to evaluate the allegations and prepare appropriate responsive

pleadings.

WHEREFORE, for the foregoing reasons, Ocean Duchess, Inc. respectfully moves this Court to enter the accompanying Consent Order finding that "good cause" exists to extend the time period for Ocean Duchess, Inc. to file all appropriate responsive pleadings from October 26, 2006, to a date 20 days from the Court's entry of the accompanying Consent Order.

Respectfully submitted,

OCEAN DUCHESS, INC.

By: _____/S/_____
                    Counsel

Dated:  October 26, 2006

Megan S. Ben'Ary (DC Bar No. 493415)
Vijay K. Mago (VSB No. 40531)
LeClair Ryan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, VA 23218-2499
Phone:  (804) 783-7579
Fax:  (804) 783-7531

CERTIFICATE OF SERVICE

 I hereby certify that I transmitted a copy of the foregoing DEFENDANT OCEAN DUCHESS, INC.'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS AND INCORPORATED MEMORANDUM IN SUPPORT via electronic mail (pc@rs-atty.com) and first class mail, postage prepaid, to Prabir Chakrabarty, RESNICK & SCHWARTZMAN, L.L.C., One East Franklin Street, Suite 200, Baltimore, Maryland 21202, counsel for Plaintiff, on this the 26th day of October, 2006.

                /S/
               Vijay K. Mago