IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE, | ) |
| | ) |
| & | ) |
| | ) |
| DONALD CHRISTIAN | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-01423-RCL |
| | ) |
| OCEAN DUCHESS, INC. | ) |
| | ) |
| & | ) |
| | ) |
| UNITED STATES GOV'T | ) |
| DEP'T OF TRANSPORTATION | ) |
| | ) |
| Defendants. | ) |

## CONSENT ORDER

Come now Plaintiff and Ocean Duchess, Inc., both by counsel, pursuant to Fed. R. Civ. P. 12, and stipulate that they have reached agreement on an extension of time for Ocean Duchess, Inc. to file appropriate responsive pleadings with this Court. This stipulation between counsel is based on the reasons set forth in the accompanying Motion For Extension Of Time To File Responsive Pleadings. Accordingly, it is hereby,

ADJUDGED, DECREED, and ORDERED that good cause exists to extend the deadline for Defendant Ocean Duchess, Inc. to file all appropriate responsive pleadings, and it is further,

ADJUDGED, DECREED, and ORDERED that Defendant Ocean Duchess, Inc. shall file all appropriate responsive pleadings with this Court by a date no later than 20 days from the Court's entry of this Order.

The Clerk is directed to send attested copies of this Order to counsel of record following its entry.

It is so ORDERED.

_____
United States District Judge

Washington, D.C.

Date:_____

WE ASK FOR THIS:

_____/S/_____.
Megan S. Ben'Ary (DC Bar No. 493415)
Vijay K. Mago (VSB No. 40531)
LECLAIR RYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, VA 23218-2499
Phone: (804) 783-7579
Fax: (804) 783-7531

*Counsel for Ocean Duchess, Inc.*

SEEN AND AGREED:

_____/S/_____.
Prabir Chakrabarty (Bar No. 255524)
RESNICK & SCHWARTZMAN, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202
Phone: (410) 539-6087

*Counsel for Plaintiff*