IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-01423 (RCL) |
| ) | |
| OCEAN DUCHESS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER

Come now Plaintiff and Ocean Duchess, Inc., both by counsel, pursuant to Fed. R. Civ. P. 12, and stipulate that they have reached agreement on an extension of time for Ocean Duchess, Inc. to file appropriate responsive pleadings with this Court.  This stipulation between counsel is based on the reasons set forth in the accompanying Motion For Extension Of Time To File Responsive Pleadings.  Accordingly, it is hereby,

ORDERED that good cause exists to extend the deadline for Defendant Ocean Duchess, Inc. to file all appropriate responsive pleadings; it is further

ORDERED that Defendant Ocean Duchess, Inc. shall file all appropriate responsive pleadings with this Court by a date no later than 20 days from the Court's entry of this Order; and it is further

ORDERED that the Clerk is directed to send attested copies of this Order to counsel of record following its entry.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 1, 2006.