IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE, | ) |
| | ) |
| & | ) |
| | ) |
| DONALD CHRISTIAN | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-01423-RCL |
| | ) |
| OCEAN DUCHESS, INC. | ) |
| | ) |
| & | ) |
| | ) |
| UNITED STATES GOV'T | ) |
| DEP'T OF TRANSPORTATION | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3), and 12(b)(6), and accompanying Memorandum in Support of Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3), and 12(b)(6), it is hereby

ORDERED that pursuant to Fed. R. Civ. Proc. 12(b)(1), the entirety of this action is dismissed for lack of subject matter jurisdiction.

It is so ORDERED.

_____
United States District Judge

Washington, D.C.

Date:_____

WE ASK FOR THIS:


_____/s/_____.
Megan S. Ben'Ary (DC Bar No. 493415)
Vijay K. Mago (VSB No. 40531)
LeClair Ryan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, VA 23218-2499
Phone:  (804) 783-7579
Fax:  (804) 783-7531

*Counsel for Ocean Duchess, Inc.*