IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY L. WHITE,                    )
                                     )
&                                    )
                                     )
DONALD CHRISTIAN                     )
                                     )
          Plaintiffs,                )
                                     )
v.                                   )  Civil Action No. 1:06-cv-01423-RCL
                                     )
OCEAN DUCHESS, INC.                  )
                                     )
&                                    )
                                     )
UNITED STATES GOV'T                  )
DEP'T OF TRANSPORTATION              )
                                     )
          Defendants.                )

## ORDER

For the reasons set forth in Defendant's Motion to Dismiss Pursuant to Fed. R.
Civ. P. 12(b)(1), 12(b)(3), and 12(b)(6), and accompanying Memorandum in Support of
Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3), and
12(b)(6), it is hereby

ORDERED that pursuant to Fed. R. Civ. Proc. 12(b)(6), Counts II, III, and IV of
the Plaintiffs' Complaint are DISMISSED for failure to state a claim.

It is further ORDERED that pursuant to Fed. R. Civ. Proc. 12(b)(3) and 28 U.S.C.
§ 1406, the entirely of this action is DISMISSED for improper venue.

In the alternative to dismissal of this action pursuant to Fed. R. Civ. Proc. 12(b)(3)
and 28 U.S.C. § 1406, this Court TRANSFERS this action to the United States District

Court for the Eastern District of Virginia, Norfolk Division, pursuant to 28 U.S.C. §

1406.

It is so ORDERED.

_____
United States District Judge

Washington, D.C.

Date:_____

WE ASK FOR THIS:

_____/s/_____.
Megan S. Ben'Ary (DC Bar No. 493415)
Vijay K. Mago (VSB No. 40531)
LECLAIR RYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, VA 23218-2499
Phone:  (804) 783-7579
Fax:  (804) 783-7531

*Counsel for Ocean Duchess, Inc.*