IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE <br><br> & <br><br> DONALD CHRISTIAN <br><br> Plaintiffs <br><br> v. <br><br> OCEAN DUCHESS, INC. <br><br> & <br><br> UNITED STATES GOVERNMENT <br> DEPARTMENT OF TRANSPORTATION <br><br> Defendants | Civil Action No. 1:06-cv-01423-RCL |

**PLAINTIFFS GREGORY L. WHITE AND DONALD CHRISTIAN
AND DEFENDANT OCEAN DUCHESS, INC.'S
JOINT MOTION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADINGS
AND
<u>INCORPORATED MEMORANDUM IN SUPPORT</u>**

Plaintiffs, Gregory L. White and Donald Christian, and Defendant Ocean Duchess, Inc. ("ODI"), by counsel, and pursuant to Fed R. Civ. P. 12, respectfully move this Court to extend briefly the time period in which Plaintiffs and ODI must file their responsive pleadings. In support of their motion, Plaintiff and ODI state as follows:

1. Plaintiffs filed a Complaint on or about August 11, 2006, and transmitted a copy of the Complaint to ODI on or about October 6, 2006. On October 26, 2006, Plaintiffs and ODI agreed to a twenty (20) day extension for ODI to file responsive pleadings to Plaintiffs' Complaint.

2. The responsive pleadings, which included a Motion to Dismiss and Memorandum in Support thereafter, as well as its Answer, was filed on November 21, 2006.

3. Further, Defendant ODI requests an additional period in which to file their reply brief until Friday, December 15, 2006.

4. Additionally, the additional time will allow Plaintiff and Defendant to discuss this Motion further and determine whether consent can be reached on various issues in the Motion.

WHEREFORE, for the foregoing reasons, Plaintiff and ODI respectfully move the Court to enter the accompanying Consent Order finding that "good cause" exists to extend the time period for Plaintiffs to file a response to Ocean Duchess, Inc.'s Motion to Dismiss from December 4, 2006 to December 11, 2006, and that Ocean Duchess, Inc. shall file its Reply Brief by December 15, 2006.

Respectfully submitted,
RESNICK & SCHWARTZMAN, L.L.C.

November 30, 2006

By: _____/s/_____
Prabir Chakrabarty
RESNICK & SCHWARTZMAN, L.L.C.
One East Franklin Street
Baltimore, MD  21202
Phone: (410) 539-6087
Fax:    (410) 576-0818

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I transmitted a copy of the foregoing Motion for Extension of Time to File Responsive Pleadings and Incorporated Memorandum in Support via electronic mail (Vijay.Mago@LeClairRyan.com) and first class mail, postage prepaid, to Megan S. Ben'Ary, Esquire, and Vijay K. Mago, Esquire, LeClair Ryan, PC, Riverfront Plaza, East Tower, 951 East Byrd Street, P.O. Box 2499, Richmond, VA 23218-2499.

                                        _____/s/_____
                                        Murray I. Resnick, Esq.
                                        Prabir Chakrabarty, Esq.