IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE | )<br>)<br>) |
| & | ) |
| DONALD CHRISTIAN | )<br>) |
| Plaintiffs | )<br>)<br>) |
| v. | ) Civil Action No. 1:06-cv-01423-RCL<br>)<br>) |
| OCEAN DUCHESS, INC. | )<br>) |
| & | )<br>) |
| UNITED STATES GOVERNMENT<br>DEPARTMENT OF TRANSPORTATION | )<br>)<br>) |
| Defendants | ) |

## CONSENT ORDER

COMES NOW Gregory L. White and Donald Christian, Plaintiffs, and Ocean Duchess, Inc., Defendant, by counsel, who, pursuant to Federal Civil Procedures, have reached an agreement on the extension of time for Plaintiffs Gregory L. White and Donald Christian to file appropriate responsive pleadings with this Court, the stipulation being counsel's reasons set forth in the accompanying Consent Motion for Extension of Time, accordingly, hereby it is judged, decreed and ordered that good cause exists to extend the deadline for Plaintiffs and Defendant ODI to file appropriate responsive pleadings and it is further adjusted to create an order that Plaintiffs shall file a response to Defendant ODI's Motion to Dismiss by December 11, 2006, and that Defendant ODI shall have until December 15, 2006, to file a reply thereto.

The Clerk is directed to send attached copies as ordered to counsel of record following its entry.

It is so ORDERED

 

_____
UNITED STATES DISTRICT JUDGE
Washington, DC
Date: _____

CC:     Prabir Chakrabarty (DC Bar No.
         Resnick & Schwartzman, L.L.C.
         One East Franklin Street
         Baltimore, Maryland  21202
         Phone: (410) 539-6087
         Fax:    (410) 576-0818

         Megan S. Ben'Ary (DC Bar No. 493415)
         Vijay K. Mago (VSB No. 40531)
         LeClair Ryan, A Professional Corporation
         Riverfront Plaza, East Tower
         951 East Byrd Street, P.O. Box 2499
         Richmond, VA  23218-2499
         Phone: (804) 783-7579
         Fax:    (804) 783-7531