IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY L. WHITE,** *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**OCEAN DUCHESS, INC.,** *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-01423 (RCL) |

## CONSENT ORDER

Come now plaintiffs Gregory L. White and Donald Christian, and defendant Ocean Duchess, Inc., all who, pursuant to the Federal Rules of Civil Procedure, have reached agreement on an extension of time for plaintiffs Gregory L. White and Donald Christian to file appropriate responsive pleadings with this Court.  This stipulation between counsel is based on the reasons set forth in the accompanying Consent Motion For Extension Of Time.  Accordingly, it is hereby,

ORDERED that good cause exists to extend the deadline for plaintiffs and defendant Ocean Duchess, Inc. to file all appropriate responsive pleadings; and it is further

ORDERED that plaintiffs shall file a response to the Motion to Dismiss submitted by defendant Ocean Duchess, Inc., by December 11, 2006; defendant Ocean Duchess, Inc. shall have until December 15, 2006, to file a reply thereto.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 30, 2006.