IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE, | ) |
| | ) |
| & | ) |
| | ) |
| DONALD CHRISTIAN | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-01423-RCL |
| | ) |
| OCEAN DUCHESS, INC. | ) |
| | ) |
| & | ) |
| | ) |
| UNITED STATES GOV'T | ) |
| DEP'T OF TRANSPORTATION | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW the undersigned attorney, Megan S. Ben'Ary, Esquire, in accordance with the provisions of LCvR 83.2(d) and moves this Court for the entry of an order admitting Vijay K. Mago *pro hac vice* for purposes of participation at the trial of the above-styled case on behalf of Ocean Duchess, Inc.

IN ACCORDANCE with the provisions of LCvR 83.2(d), the Declaration of Vijay K. Mago Seeking Pro Hac Vice Admission is attached.

        Respectfully submitted,

        LECLAIR RYAN

        ___/s/ Megan S. Ben'Ary_____
        Megan S. Ben'Ary (D.C. Bar No. 493415)
        LeClair Ryan, A Professional Corporation
        225 Reinekers Lane, Suite 700
        Alexandria, VA  22314
        Telephone No.:  (703) 684-8007
        Facsimile No.:   (703) 684-8075

Filed Electronically this 5th day of December, 2006.