IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE, )<br>)<br>& )<br>)<br>DONALD CHRISTIAN )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>OCEAN DUCHESS, INC. )<br>)<br>& )<br>)<br>UNITED STATES GOV'T )<br>DEP'T OF TRANSPORTATION )<br>)<br>Defendants. ) | Civil Action No. 1:06-cv-01423-RCL |

## DECLARATION OF VIJAY K. MAGO SEEKING PRO HAC VICE ADMISSION

I, Vijay K. Mago, hereby declare that:

1. My full name is Vijay Kumar Mago

2. My office address and telephone number are: 951 East Byrd Street, Richmond, Virginia 23219, (804) 647-5938

3. I am admitted to the Virginia State Bar.

4. I have never been disciplined by any Bar and have attached a Certificate of Good Standing issued by the Virginia State Bar.

5. I do not practice law from an office located in the District of Columbia.

_____
Vijay K. Mago

SWORN TO AND SUBCRIBED before me this 4 day of December, 2006.

_____
Notary Public

My commission expires: 09-30-2010

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### VIJAY KUMAR MAGO

was admitted to practice as an attorney and counsellor at the bar of this Court on October 28, 1996.

I further certify that so far as the records of this office are concerned, VIJAY KUMAR MAGO is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court
This 1st day of November
A.D. 2006

By: _____
Deputy Clerk