# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE, | ) |
| & | ) |
| DONALD CHRISTIAN | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:06-cv-01423-RCL |
| OCEAN DUCHESS, INC. | ) |
| & | ) |
| UNITED STATES GOV'T DEP'T OF TRANSPORTATION | ) |
| Defendants. | ) |

## ORDER ADMITTING VIJAY K. MAGO *PRO HAC VICE*

This matter comes before the Court on the Motion of Megan S. Ben'Ary for an Order Admitting Vijay K. Mago *Pro Hac Vice* (the "Motion").

The Court having considered the Motion and the supporting Declaration,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Vijay K. Mago is admitted *pro hac vice* to appear before this Court in the above-captioned case on behalf of Defendant Ocean Duchess, Inc.

ENTERED this _____ day of _____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT