UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE, | ) |
| 10208 Eyelet Court | ) |
| Clinton, Maryland 20735 | ) |
| | ) |
| And | ) |
| | ) |
| DONALD CHRISTIAN, | ) |
| 5407 Sasha Court | ) |
| Williamsburg, Virginia  23188 | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action No.  06-1423 (RCL) |
| | ) |
| OCEAN DUCHESS INC., | ) |
| 16211 Park Ten Place | ) |
| Houston, Texas  77084 | ) |
| | ) |
| And | ) |
| | ) |
| UNITED STATES GOVERNMENT, | ) |
| UNITED STATES DEPARTMENT | ) |
|   OF TRANSPORTATION, | ) |
| 400 7th Street, S.W. - Rm. 10428 | ) |
| Washington, D.C.  20590 | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearance of

Assistant United States Attorney Megan Rose as counsel for defendant United States in the

above-captioned case.

Respectfully submitted,

_____

MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4220
Washington, D.C.  20530
(202) 514-7220

Dated: December 8, 2006

<u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing Praecipe was served upon plaintiff by via the Court's

electronic filing system, addressed to:

> PRABIR CHAKRABARTY, ESQUIRE
> Resnick & Schwartzman, L.L.C.
> One East Franklin Streetity
> Baltimore, Maryland   21202

on this  <u>8th</u>  day of December, 2006.

_____

MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530