UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE,<br>10208 Eyelet Court<br>Clinton, Maryland 20735<br><br>And<br><br>DONALD CHRISTIAN,<br>5407 Sasha Court<br>Williamsburg, Virginia   23188<br><br>     Plaintiffs,<br><br>v.<br><br>OCEAN DUCHESS INC.,<br>16211 Park Ten Place<br>Houston, Texas   77084<br><br>And<br><br>UNITED STATES GOVERNMENT,<br>UNITED STATES DEPARTMENT<br>  OF TRANSPORTATION,<br>400 7th Street, S.W. - Rm. 10428<br>Washington, D.C.   20590<br><br>     Defendants. | Civil Action No.  06-1423 (RCL) |

**FEDERAL DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendant U.S. Department of Transportation, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to Plaintiff's Complaint.  Defendant requests that the deadline for responding to this Complaint be extended thirty days, from December 11, 2006, to January 11, 2007.  This is Defendant's first request for an enlargement of time, and no scheduling or case

management order has been entered in this case. Plaintiff, through counsel, has graciously consented to this motion.

This enlargement of time is sought because additional time is needed for counsel for Defendant to confer with agency counsel and obtain critical information about the circumstances of this case. The United States Attorney's Office was served with Plaintiffs' Complaint October 13, 2006. Plaintiffs are seeking damages for alleged employment discrimination when their employer Ocean Duchess, Inc., discharged them from duties aboard the S.S. Cape May. Counsel for Defendant has been in contact with agency counsel and anticipates filing a dispositive motion in this case. However, counsel has been unable to finish coordinating with the agency in order to prepare Defendant's response prior to the current deadline. Additionally, the time requested takes into account the upcoming holiday season and various individual's leave schedules during the next several weeks.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Federal Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including January 11, 2007.

Dated: December 8, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
555 4th Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff via the Court's electronic filing system, addressed to:

> PRABIR CHAKRABARTY, ESQUIRE
> Resnick & Schwartzman, L.L.C.
> One East Franklin Streetity
> Baltimore, Maryland   21202

on this   8th   day of December, 2006.


_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530