UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE,<br>10208 Eyelet Court<br>Clinton, Maryland 20735<br><br>And<br><br>DONALD CHRISTIAN,<br>5407 Sasha Court<br>Williamsburg, Virginia  23188<br><br>                    Plaintiffs,<br><br>        v.<br><br>OCEAN DUCHESS INC.,<br>16211 Park Ten Place<br>Houston, Texas  77084<br><br>And<br><br>UNITED STATES GOVERNMENT,<br>UNITED STATES DEPARTMENT<br>  OF TRANSPORTATION,<br>400 7th Street, S.W. - Rm. 10428<br>Washington, D.C.  20590<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  06-1423 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of Federal Defendant's motion for enlargement of time, and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that Defendant's motion is hereby GRANTED, and that Defendant shall have through and including January 11, 2007 to respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE