IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE, ) | |
| & ) | |
| DONALD CHRISTIAN ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:06-cv-01423-RCL |
| OCEAN DUCHESS, INC. ) | |
| & ) | |
| UNITED STATES GOV'T ) DEP'T OF TRANSPORTATION ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(3), AND 12(b)(6)**

Gregory L. White and Donald Christian, Plaintiffs, by their attorneys, Prabir Chakrabarty, Esquire, and Resnick & Schwartzman, L.L.C., move in Opposition to Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3), and 12(b)(6) on the grounds that:.

1. Defendant qualifies as an "employer" and the Plaintiffs constitute "employees" under Title VII;

2. Plaintiffs' Complaint and EEOC filings have given the Defendant adequate notice to sufficiently state a valid claim of retaliation and age-based discrimination;

3. The relevant facts alleged by the Plaintiffs suggest that Defendant's conduct rose to the level of outrageous conduct which warrants an independent claim of Intentional Infliction of Emotional Distress; and

4. Pursuant to 42 U.S.C. Section 2000e-5(f)(3) and general venue transfer statutes, venue is proper in multiple jurisdictions, including the District of Columbia or the State of Maryland.

In support thereof, Plaintiffs submit its Memorandum in Opposition to Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3), and 12(b)(6).

WHEREFORE, the Plaintiffs respectfully request that Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3), and 12(b)(6) be DENIED.

Respectfully submitted,

Resnick & Schwartzman, L.L.C.

_____/S/_____
Prabir Chakrabarty, Esquire
One East Franklin Street, Suite 200
Baltimore, Maryland 21202

Attorneys for Plaintiffs