IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| GREGORY L. WHITE, | ) | | |
| | ) | | |
| & | ) | | |
| | ) | | |
| DONALD CHRISTIAN | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| v. | ) | Civil Action No. 1:06-cv-01423-RCL | |
| | ) | | |
| OCEAN DUCHESS, INC. | ) | | |
| | ) | | |
| & | ) | | |
| | ) | | |
| UNITED STATES GOV'T | ) | | |
| DEP'T OF TRANSPORTATION | ) | | |
| | ) | | |
| Defendants. | ) | | |

## **ORDER**

UPON CONSIDERATION of the foregoing Motion in Opposition to Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3), and 12(b)(6) and Memorandum in Opposition to Defendant's Motion, it is, this _____ day of _____, 2006, by the United States District Court of the District of Columbia, hereby,

ORDERED, that the Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3), and 12(b)(6), shall be and is hereby DENIED.

It is so ORDERED

_____
United States District Judge

Washington D.C.
Date: _____