# INTEROCEAN UGLAND MANAGEMENT CORPORATION
## UNLICENSED CREWMEMBER EVALUATION / PERFORMANCE REPORT

IUM-V-PER-002 Rev. 9/04

This form is to be completed by the on board department head on all unlicensed crewmembers whenever that individual detaches for any reason. The Master shall also sign each evaluation and forward it to the Home Office. (The Master shall complete this form for the Steward.)

| | | |
|---|---|---|
| **Vessel:** SS CAPE MAY | **Date:** 3/23/05 | |
| **Name of Individual:** Greg White | **Rating:** Bosun | |
| **Reporting Period - From:** 9/30/04 | **To:** 3/31/05 | |

| ✓✓✓✓✓✓ a box for each question | Excellent | Very Good | Good | Fair | Poor | Not Observed |
|---|---|---|---|---|---|---|
| Cooperation | | ✓ | | | | |
| Leadership - Ability to work with crew (Bosun/Stwd only) | | ✓ | | | | |
| Attention to Assigned Duties | | ✓ | | | | |
| Willingness to Assume Responsibility | | ✓ | | | | |
| Watchstanding Ability - At Sea | | | | | | ✓ |
| Watchstanding Ability - In Port | | | | | | ✓ |
| Seamanship | | ✓ | | | | |
| Knowledge of Ship's Equipment | | ✓ | | | | |
| Knowledge of IUM Policy & Procedures | | ✓ | | | | |
| Personal Conduct & Appearance | | ✓ | | | | |

("Good" is to be used to describe an individual who is capable of performing his / her assigned duties under normal and routine circumstances aboard)

Remarks _____
(If additional space is required, use reverse side.)

What positive qualities have you noted with his / her performance? Greg has been willing to assist in all areas including Engineroom maintenance projects.

In what areas does the supervisor feel that improvement can / should be made? Increase in productivity.

Have you discussed these areas with him / her?  ☑ YES   ☐ NO

If "No", specify reasons why no discussion has taken place. _____

What measures have you taken to help him / her improve? Working in conjunction on planning maintenance and repairs

Do you recommend this individual for re-assignment to this vessel?  ☑ YES   ☐ NO

If "No", please specify reasons: _____

_____   _____   _____
Dept. Head (PRINT/SIGN)   Crewmember (PRINT/SIGN)   Master (?) (PRINT/SIGN)

NOTES:
1. This document is intended for confidential office use only.
2. Crewmember comments may be placed on the reverse of this page.
3. The Crewmember is entitled to a copy of the completed & signed form.

**PLAINTIFF'S EXHIBIT A**

# INTEROCEAN UGLAND MANAGEMENT CORPORATION
## UNLICENSED CREWMEMBER EVALUATION/PERFORMANCE REPORT

IUM-V-PER-002 Rev. 1/00

This form is to be completed by the on board department head on all unlicensed crewmembers whenever that individual detaches for any reason. The Master shall also sign each evaluation and forward it to the Home Office. (The Master shall complete this form for the Steward.)

(SS) / MV / TV: **CAPE MAY**  
Date: **9/30/04**  
Name of Individual: **GREG WHITE**  
Rating: **BOSN**  
Reporting Period-From: **3/25/04**  
To: **9/30/04**

| ✓ a box for each question | Excellent | Very Good | Good | Fair | Poor | Not Observed |
|---|---|---|---|---|---|---|
| Cooperation | | ✓ | | | | |
| Leadership - (Bosun/Stwd only) Ability to work with crew | | ✓ | | | | |
| Attention to Assigned Duties | | ✓ | | | | |
| Willingness to Assume Responsibility | | ✓ | | | | |
| Watchstanding Ability - At Sea | | | | | | Not observed |
| Watchstanding Ability - In Port | | | | | | Not observed |
| Seamanship | | ✓ | | | | |
| Knowledge of Ship's Equipment | | ✓ | | | | |
| Knowledge of IUM Policy & Procedures | | ✓ | | | | |
| Personal Conduct & Appearance | | ✓ | | | | |

("Good" is to be used to describe an individual who is capable of performing his/her assigned duties under normal and routine circumstances aboard)

Remarks: _____  
(If additional space is required, use reverse side.)

What positive qualities have you noted with his/her performance? **Greg is willing and positive with all work requests. Greg has been respectful and cooperative.**

In what areas does the supervisor feel that improvement can/should be made? **Continue current progress.**

Have you discussed these areas with him/her?   Circle One → **YES**   NO  
If "No", specify reasons why no discussion has taken place.

What measures have you taken to help him/her improve? **Conversation and expectations to meet project goals.**

Do you recommend this individual for re-assignment to this vessel?   Circle One → **(YES)**   NO  
If "No," please specify reasons:

_Robert Palacio / RtPlW_ — Dept. Head (PRINT/SIGN)  
_Gregory L. White_ — Crewmember (PRINT/SIGN)  
_RtPlW_ CLE — Master* (PRINT/SIGN)

NOTES: 1. This document is intended for confidential office use only.  
2. Crewmember comments may be placed on the reverse of this page.  
3. The Crewmember is entitled to a copy of the completed & signed form.

(* Or person in charge of the vessel)

# INTEROCEAN UGLAND MANAGEMENT CORPORATION
## UNLICENSED CREWMEMBER EVALUATION/PERFORMANCE REPORT

IUM-V-PER-002  Rev. 1/00

This form is to be completed by the on board department head on all unlicensed crewmembers whenever that individual detaches for any reason. The Master shall also sign each evaluation and forward it to the Home Office. (The Master shall complete this form for the Steward.)

SS / MV / TV: **CAPE MAY**   Date: **3/24/04**
Name of Individual: **GREG WHITE**   Rating: **BOSUN**
Reporting Period-From: **1/21/04**   To: **3/24/04**

| ✓ a box for each question | Excellent | Very Good | Good | Fair | Poor | Not Observed |
|---|---|---|---|---|---|---|
| Cooperation | ✓ | | | | | |
| Leadership - (Bosun/Stwd only) Ability to work with crew | ✓ | | | | | |
| Attention to Assigned Duties | ✓ | | | | | |
| Willingness to Assume Responsibility | ✓ | | | | | |
| Watchstanding Ability - At Sea | | | | | | ✓ |
| Watchstanding Ability - In Port | ✓ | | | | | |
| Seamanship | ✓ | | | | | |
| Knowledge of Ship's Equipment | ✓ | | | | | |
| Knowledge of IUM Policy & Procedures | ✓ | | | | | |
| Personal Conduct & Appearance | ✓ | | | | | |

("Good" is to be used to describe an individual who is capable of performing his/her assigned duties under normal and routine circumstances aboard

Remarks: _____

(If additional space is required, use reverse side.)

What positive qualities have you noted with his/her performance? _____

In what areas does the supervisor feel that improvement can/should be made?   **EXCELLENT All AROUND BOSUN**

Have you discussed these areas with him/her?   Circle One→ **YES**   NO
If "No", specify reasons why no discussion has taken place.   N/A

What measures have you taken to help him/her improve?   N/A

Do you recommend this individual for re-assignment to this vessel?   Circle One →  (**YES**)   NO
If "No," please specify reasons: _____

Dept. Head (PRINT/SIGN)   Crewmember (PRINT/SIGN): **Gregory L White**   Master* (PRINT/SIGN)

NOTES: 1. This document is intended for confidential office use only.
2. Crewmember comments may be placed on the reverse of this page.
3. The Crewmember is entitled to a copy of the completed & signed form.

(* Or person in charge of the vessel)