IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY L. WHITE,** *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-01423 (RCL) |
| ) | |
| **OCEAN DUCHESS, INC.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter comes before the Court on the Motion of Megan S. Ben'Ary for an Order admitting Vijay K. Mago, *pro hac vice*. Having considered the Motion and the supporting Declaration, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Vijay K. Mago is admitted, *pro hac vice*, to appear before this Court in the above-captioned case on behalf of defendant Ocean Duchess, Inc.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 11, 2006.