IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY L. WHITE,** *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-01423 (RCL) |
| ) | |
| **OCEAN DUCHESS, INC.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Federal Defendant's motion for enlargement of time, the entire record in this matter, and for good cause shown, it is hereby

ORDERED that defendant's motion is GRANTED, and that defendant shall have through and including January 11, 2007, to respond to the Complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 11, 2006.