IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE, | ) |
| | ) |
| & | ) |
| | ) |
| DONALD CHRISTIAN | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-01423-RCL |
| | ) |
| OCEAN DUCHESS, INC. | ) |
| | ) |
| & | ) |
| | ) |
| UNITED STATES GOV'T | ) |
| DEP'T OF TRANSPORTATION | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT OCEAN DUCHESS, INC.'S SUPPLEMENTAL
REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(3) & 12(b)(6)**

Defendant, Ocean Duchess, Inc. ("ODI"), by counsel, and pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3), and 12(b)(6), respectfully moves this Court to dismiss Plaintiff's action on the grounds and for the reasons set forth with specificity in its Memorandum In Support Of Motion To Dismiss, its Reply Brief In Support Of Motion To Dismiss, and this Supplemental Reply Brief In Support Of Motion To Dismiss.

In both its Memorandum In Support Of Motion To Dismiss and its Reply Brief In Support Of Motion To Dismiss, ODI notes that LCvR7(f) addresses oral hearings, and provides that allowance for oral hearings requested by the parties shall be within the discretion of the Court. In these pleadings, ODI requested an oral hearing to present the evidence necessary to substantiate its position that it did not employ the requisite number of individuals for the requisite period of

time. As an alternative, ODI now presents this evidence via the Declaration attached to this pleading, and the presentation of this testimony is the purpose for this pleading.

To reiterate, however, Plaintiffs attempt to impose Title VII and ADEA liability on ODI in spite of its claim that it does not constitute an "employer" as defined under these statutes. ODI does not constitute an "employer" under Title VII or the ADEA, because it failed to employ more than 15 (or 20) individuals at all times relevant to this action, and private employers like ODI are covered by Title VII and the ADEA only when they have the requisite number of employees. See 42 U.S.C. § 2000e(h). In addition, Title VII and the ADEA cover private employers like ODI only when they employ the requisite number of employees in each working day, in each of 20 or more calendar weeks, in the current or preceding calendar year, 42 U.S.C. § 2000e(b).

Given the inability of Plaintiffs to proffer credible opposition to the indisputable facts set forth in the attached Declaration, dismissal of this action based on the fact that ODI does not constitute an "employer" as defined under Title VII and the ADEA is appropriate.

    Respectfully submitted,

    OCEAN DUCHESS, INCORPORATED

    By:____/s/ Megan S. Ben'Ary_____
                      Counsel

    Dated: January 2, 2007

    Vijay K. Mago (VSB No. 40531)
    LeClair Ryan, A Professional Corporation
    Riverfront Plaza, East Tower
    951 East Byrd Street, P.O. Box 2499
    Richmond, VA 23218-2499
    Phone: (804) 783-7579
    Fax: (804) 783-7531

Megan S. Ben'Ary (DC Bar No. 493415)
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
McLean, Virginia 22314
Telephone:  (703) 684-8007
Facsimile:  (703) 684-8075

*Counsel for Ocean Duchess, Inc.*