UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY L. WHITE,<br>10208 Eyelet Court<br>Clinton, Maryland 20735<br><br>And<br><br>DONALD CHRISTIAN,<br>5407 Sasha Court<br>Williamsburg, Virginia   23188<br><br>                         Plaintiffs,<br><br>         v.<br><br>OCEAN DUCHESS INC.,<br>16211 Park Ten Place<br>Houston, Texas   77084<br><br>And<br><br>UNITED STATES GOVERNMENT,<br>UNITED STATES DEPARTMENT<br>  OF TRANSPORTATION,<br>400 7th Street, S.W. - Rm. 10428<br>Washington, D.C.   20590<br><br>                         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  06-1423 (RCL) |

**FEDERAL DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Federal Defendant, identified in the complaint as the United States Government, United States Department of Transportation, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to Plaintiff's Complaint.  Federal Defendant requests that the deadline for responding to this Complaint be extended one week, from January 11, 2007 to January 18, 2007.  This is

Defendant's second request for an enlargement of time, and no scheduling or case management order has been entered in this case. Plaintiff, through counsel, has graciously consented to this motion.

This enlargement of time is sought because additional time is needed for counsel for Defendant to finish coordinating with the agency regarding Defendant's response. Defendant Ocean Duchess, Inc. has already filed its motion to dismiss, and counsel for Federal Defendant anticipates filing a dispositive motion as well. Although counsel for Federal Defendant has been working diligently to complete such a response to the Complaint, she has been unable to obtain all of the necessary information from the agency prior to the current deadline. Agency counsel has been out of the office this week due to an illness. Additionally, the time requested takes into account the upcoming holiday on Monday, January 15. Accordingly, counsel needs several days next week to complete its response to the Complaint.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Federal Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Federal Defendant respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including January 18, 2007.

Dated: January 10, 2007

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR No. 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
555 4th Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff via the Court's electronic filing system, addressed to:

> PRABIR CHAKRABARTY, ESQUIRE
> Resnick & Schwartzman, L.L.C.
> One East Franklin Streetity
> Baltimore, Maryland   21202

on this   10th    day Of January, 2007.


_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530