UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY L. WHITE, )
10208 Eyelet Court )
Clinton, Maryland 20735 )
)
And )
)
DONALD CHRISTIAN, )
5407 Sasha Court )
Williamsburg, Virginia 23188 )
)
          Plaintiffs, )
)
v. ) Civil Action No. 06-1423 (RCL)
)
OCEAN DUCHESS INC., )
16211 Park Ten Place )
Houston, Texas 77084 )
)
And )
)
UNITED STATES GOVERNMENT, )
UNITED STATES DEPARTMENT )
  OF TRANSPORTATION, )
400 7th Street, S.W. - Rm. 10428 )
Washington, D.C. 20590 )
)
          Defendants. )
)

**ORDER**

UPON CONSIDERATION of Federal Defendant's motion for enlargement of time, and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that Defendant's motion is hereby GRANTED, and that Defendant shall have through and including January 18, 2007 to respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE