IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY L. WHITE,** *et al.* )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>**OCEAN DUCHESS, INC.,** *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 1:06-01423 (RCL) |

## ORDER

Upon consideration of Federal Defendant's motion for enlargement of time, the entire record in this matter, and for good cause shown, it is hereby

ORDERED that defendant's motion [16] is GRANTED, and that defendant shall have through and including January 18, 2007, to respond to the Complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 10, 2007.