UNITED STATES DISTRICT COURT
District of Columbia

Gregory L. White,
and
Donald Christian,

    Plaintiffs

v.

Ocean Duchess Inc. and
United States Government, United States
Department of Transportation, Maritime
Administration,

    Defendants

Case Number: 06 1423 RCL

## Declaration of William Cahill

I, William Cahill, declare the following:

1. I am employed as the Acting Director, Office of Ship Operations, United States Maritime Administration (MARAD), in Washington D.C.

2. My duties include overseeing the management of the Ship Manager Program including supporting contracts, for the maintenance and operation of the Maritime Administration's Ready Reserve Force (RRF) vessels. These vessels are owned by the United States government and assigned to the Secretary of Transportation, who assigns their management to MARAD, one of the Department's modal agencies. I have been performing the duties of Acting Director of Ship Operations since January 2005. Prior to that time, I was the Deputy Director of Ship Operations for two years, and before that, I was the Chief of the Division of Maintenance and Repair and have worked in the Office of Ship Operations since October 1993.

3. I was the Chair of the Source Evaluation Board for the contracts awarded in 2005 and was substantially involved in the preparation of the solicitation and resulting awards.

4. Thus, I am very familiar with the clauses and requirements of 2005 Ship Manager performance based service contracts between MARAD and Ship Managers, including Ocean Duchess Inc.

5. On July 27, 2005, MARAD awarded new ship manager contracts to eight companies. Ocean Duchess Inc. (ODI) was awarded a contract to manage two vessels in the Ready Reserve Force, the CAPE MAY and the CAPE MOHICAN. The management of the CAPE MAY was transferred from the former Ship Manager, Interocean Ugland Management Corp. (IUM), to ODI on August 15, 2005.

6. Under the Ship Manager contract between MARAD and ODI, ODI provides ship management services for the CAPE MAY and the CAPE MOHICAN. See Exh. A, Contract. Those ship management services include, among many other management functions, providing crews to operate and work on the vessels being managed by ODI.

7. The Ship Manager contract specifically states that the employment relationship for crewmembers is with the Ship Manager, not the United States Government. See Exh. A, Contract at C.5.4.7. Consequently, all crewmembers on the vessel are the employees of the Ship Manager.

8. ODI is responsible for hiring the crewmembers who work on the vessels it manages. MARAD, DOT and the United States are not involved in hiring the seamen who work on the vessels, and no employee of the United States government had any involvement whatsoever in ODI's hiring of the two plaintiffs, Gregory L. White and Donald Christian.

9. Dismissal of crewmembers for cause is a matter between the Ship Manager (ODI) and the crewmembers. Id. at C.5.4.7. MARAD, DOT and the United States had no involvement whatsoever in ODI's decision to dismiss the plaintiffs.

10. MARAD, DOT and the United States do not have or maintain any employment records for plaintiffs, did not pay their wages, did not pay Social Security taxes for plaintiffs, did not make payments on plaintiffs' behalf into any retirement plan, federal employee or otherwise, and did not directly pay any benefits to plaintiffs. ODI pays its crewmembers' wages and makes benefit and retirement payments into non-Federal union plans and funds.

11. Moreover, MARAD, DOT and the United States have no control over the assignment or supervision of work performed by the crewmembers on any of the RRF ships, including the plaintiffs in this case, who were employees of ODI. ODI controls the means and manner of its crewmembers' performance.

12. Under the Ship Manager contract, ODI accepted all liability for any Title VII claims by its employees. Id. at G.7.3.1.

I declare under penalty of perjury, pursuant to 28 U.S.C. 1746, that the above declaration of true and correct to the best of my knowledge.

_____
William H. Cahill
Acting Director,
Office of Ship Operations
Maritime Administration

01/17/07
Date