UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE,<br>10208 Eyelet Court<br>Clinton, Maryland 20735<br><br>And<br><br>DONALD CHRISTIAN,<br>5407 Sasha Court<br>Williamsburg, Virginia   23188<br><br>                    Plaintiffs,<br><br>v.<br><br>OCEAN DUCHESS INC.,<br>16211 Park Ten Place<br>Houston, Texas   77084<br><br>And<br><br>UNITED STATES GOVERNMENT,<br>UNITED STATES DEPARTMENT<br>  OF TRANSPORTATION,<br>400 7th Street, S.W. - Rm. 10428<br>Washington, D.C.   20590<br><br>                    Defendants. | Civil Action No.  06-1423 (RCL) |

## **ORDER**

This matter having come before the Court on Federal Defendant's Motion to Dismiss, the memoranda in support and opposition, and the entire record in this case, it is this _____ day of _____ hereby

ORDERED that Federal Defendant's Motion To Dismiss is hereby GRANTED; and it is

FURTHER ORDERED that Plaintiff's claims against Federal Defendant are hereby DISMISSED in their entirety, with prejudice.

_____
United States District Judge