IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREGORY L. WHITE | ) | |
| & | ) | |
| DONALD CHRISTIAN | ) | |
| Plaintiffs | ) | |
|  | ) | Civil Action No. 1:06-cv-01423-RCL |
| v. | ) | |
| OCEAN DUCHESS, INC. | ) | |
| & | ) | |
| UNITED STATES GOVERNMENT DEPARTMENT OF TRANSPORTATION | ) | |
| Defendants | ) | |

**PLAINTIFFS GREGORY L. WHITE CONSENT MOTION FOR EXTENSION
OF TIME TO FILE
RESPONSIVE PLEADINGS
AND
<u>INCORPORATED MEMORANDUM IN SUPPORT</u>**

Plaintiffs, Gregory L. White and Donald Christian, by counsel, and pursuant to Fed R. Civ. P. 12, respectfully move this Court to extend briefly the time period in which Plaintiffs must file their responsive pleadings. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs filed a Complaint on or about August 11, 2006. On December 8, 2006, Plaintiffs and United States Government- Department of Transportation (DOT) agreed to a twenty (30) day extension for DOT to file its responsive pleading From December 11, 2006 until January 11, 2007 and later on or about January 10, 2007 agreed to an additional extension to file responsive

    pleadings until January 18, 2007.  Both Motion to Extend Time were granted by this Honorable Court.

2. The responsive pleadings, which included a Motion to Dismiss and Memorandum in Support thereafter, were filed on January 18, 2007.

3. Plaintiffs, by consent of counsel for DOT, request an extension to file their responsive pleading until February 7, 2007.

4. Further, Defendant DOT requests an additional period in which to file their reply brief until Friday, February 28, 2007.

5. Also, the additional time will allow Plaintiff and Defendant to discuss this Motion further and determine whether consent can be reached on various issues in the Motion.

WHEREFORE, for the foregoing reasons, Plaintiff and DOT respectfully move the Court to enter the accompanying Consent Order finding that "good cause" exists to extend the time period for Plaintiffs to file a response to DOT's Motion to Dismiss from January 28, 2007 until February 7, 2007, and that the Department of Transportation shall file its Reply by February 28, 2007.

                              Respectfully submitted,
                              RESNICK & SCHWARTZMAN, L.L.C.

January 25, 2007                By: _____/s/_____
                                         Prabir Chakrabarty
                                         RESNICK & SCHWARTZMAN, L.L.C.
                                         One East Franklin Street
                                         Baltimore, MD  21202
                                         Phone: (410) 539-6087
                                         Fax:   (410) 576-0818

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I transmitted a copy of the foregoing Motion for Extension of Time to File Responsive Pleadings and Incorporated Memorandum in Support via electronic mail (Vijay.Mago@LeClairRyan.com) and first class mail, postage prepaid, to Megan S. Ben'Ary, Esquire, and Vijay K. Mago, Esquire, LeClair Ryan, PC, Riverfront Plaza, East Tower, 951 East Byrd Street, P.O. Box 2499, Richmond, VA 23218-2499 and Megan L. Rose, Assistant United States Attorney, 55 4th Street N.W. Civil Division, Washington D.C. 20530.

_____/s/_____
Murray I. Resnick, Esq.
Prabir Chakrabarty, Esq.