IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE | ) |
| & | ) |
| DONALD CHRISTIAN | ) |
| Plaintiffs | ) |
| | ) Civil Action No. 1:06-cv-01423-RCL |
| v. | ) |
| OCEAN DUCHESS, INC. | ) |
| & | ) |
| UNITED STATES GOVERNMENT DEPARTMENT OF TRANSPORTATION | ) |
| Defendants | ) |

## CONSENT ORDER

COMES NOW Gregory L. White and Donald Christian, Plaintiffs, and United States Government –Department of Transportation ("DOT"), Defendant, by counsel, who, pursuant to Federal Civil Procedures, have reached an agreement on the extension of time for Plaintiffs Gregory L. White and Donald Christian to file appropriate responsive pleadings with this Court, the stipulation being counsel's reasons set forth in the accompanying Consent Motion for Extension of Time, accordingly, hereby it is judged, decreed and ordered that good cause exists to extend the deadline for Plaintiffs and Defendant DOT to file appropriate responsive pleadings and it is further adjusted to create an order that Plaintiffs shall file a response to Defendant DOT's Motion to Dismiss by February 7, 2007, and that Defendant DOT shall have until February 28, 2007, to file a reply thereto.

The Clerk is directed to send attached copies as ordered to counsel of record following its entry.

It is so ORDERED

_____
UNITED STATES DISTRICT JUDGE
Washington, DC
Date: _____

CC:  Prabir Chakrabarty (DC Bar No. 25524)
Resnick & Schwartzman, L.L.C.
One East Franklin Street
Baltimore, Maryland  21202
Phone: (410) 539-6087
Fax:    (410) 576-0818

Megan L. Rose
Assistant United States Attorney
55 4th Street N.W. Civil Division
Washington D.C. 20530.