IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY L. WHITE,** *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-01423 (RCL) |
| ) | |
| **OCEAN DUCHESS, INC.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

    COMES NOW Gregory L. White and Donald Christian, Plaintiffs, and United States Government –Department of Transportation ("DOT"), Defendant, by counsel, who, pursuant to Federal Civil Procedures, have reached an agreement on the extension of time for Plaintiffs Gregory L. White and Donald Christian to file appropriate responsive pleadings with this Court, the stipulation being counsel's reasons set forth in the accompanying Consent Motion for Extension of Time, accordingly, it is hereby

    ORDERED that good cause exists to extend the deadline for Plaintiffs and Defendant DOT to file appropriate responsive pleadings and it is further adjusted to create an order that Plaintiffs shall file a response to Defendant DOT's Motion to Dismiss by February 7, 2007, and that Defendant DOT shall have until February 28, 2007, to file a reply thereto.

    The Clerk is directed to send attached copies as ordered to counsel of record following its entry.

    SO ORDERED.

    Signed by Royce C. Lamberth, United States District Judge, January 26, 2007.