**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GREGORY L. WHITE, | ) | |
| | ) | |
| & | ) | |
| | ) | |
| DONALD CHRISTIAN | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-cv-01423-RCL |
| | ) | |
| OCEAN DUCHESS, INC. | ) | |
| | ) | |
| & | ) | |
| | ) | |
| UNITED STATES GOV'T | ) | |
| DEP'T OF TRANSPORTATION | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION IN OPPOSITION TO**
**FEDERAL DEFENDANT'S MOTION TO DISMISS**

Gregory L. White and Donald Christian, Plaintiffs, by their attorneys, Robert M.

Schwartzman, Esquire and Prabir Chakrabarty, Esquire, and Resnick & Schwartzman, L.L.C.,

move in Opposition to Federal Defendant's Motion to Dismiss on the grounds that:.

1.     Further discovery is required in order to establish whether Plaintiffs were

       employees of the Department of Transportation;

2.     Plaintiffs' Complaint stated valid claims of discrimination based on several facts

       indicative of the Defendants' discriminatory conduct;

3.     Pursuant to 42 U.S.C. Section 2000e-5(f)(3) and general venue transfer statutes,

       venue is proper in multiple jurisdictions, including the District of Columbia or the

       State of Maryland.

In support thereof, Plaintiffs submit its Memorandum in Opposition to Federal Defendant's Motion to Dismiss.

WHEREFORE, the Plaintiffs respectfully request that Federal Defendant's Motion to Dismiss be DENIED.

Respectfully submitted,

RESNICK & SCHWARTZMAN, L.L.C.


_____/s/_____
Robert M. Schwartzman, Esquire
Prabir Chakrabarty, Esquire
One East Franklin Street, Suite 200
Baltimore, Maryland 21202

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GREGORY L. WHITE,                      )
                                       )
&                                      )
                                       )
DONALD CHRISTIAN                       )
                                       )
   Plaintiffs,          )
                                       )
v.                                     )     Civil Action No. 1:06-cv-01423-RCL
                                       )
OCEAN DUCHESS, INC.                    )
                                       )
&                                      )
                                       )
UNITED STATES GOV'T                    )
DEP'T OF TRANSPORTATION                )
                                       )
   Defendants.          )

### ORDER

UPON CONSIDERATION of the foregoing Motion in Opposition to Federal

Defendant's Motion to Dismiss and Memorandum in Opposition to Federal Defendant's Motion,

it is, this _____ day of _____, 2007, by the United States District Court of the District of

Columbia, hereby,

ORDERED, that the Federal Defendant's Motion to Dismiss Pursuant, shall be and is

hereby DENIED.

It is so ORDERED.

_____
   United States District Judge

Washington D.C.
Date: _____