IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE, | ) |
| | ) |
| & | ) |
| | ) |
| DONALD CHRISTIAN | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 1:06-cv-01423-RCL |
| | ) |
| OCEAN DUCHESS, INC. | ) |
| | ) |
| & | ) |
| | ) |
| UNITED STATES GOV'T | ) |
| DEP'T OF TRANSPORTATION | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of the foregoing Motion in Opposition to Federal Defendant's Motion to Dismiss and Memorandum in Opposition to Federal Defendant's Motion, it is, this _____ day of _____, 2007, by the United States District Court of the District of Columbia, hereby,

ORDERED, that the Federal Defendant's Motion to Dismiss Pursuant, shall be and is hereby DENIED.

It is so ORDERED.

_____
United States District Judge

Washington D.C.
Date: _____