IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE, | ) |
| & | ) |
| DONALD CHRISTIAN | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:06-cv-01423-RCL |
| OCEAN DUCHESS, INC. | ) |
| & | ) |
| UNITED STATES GOV'T DEP'T OF TRANSPORTATION | ) |
| Defendants. | ) |

## **LINE**

Plaintiffs inadvertently failed to attach exhibits to their Opposition to Motion To Dismiss United States Government Department of Transportation's Motion to Dismiss. The Documents are attached hereto.

Respectfully submitted,

RESNICK & SCHWARTZMAN, L.L.C.

February 14, 2007          By: _____/s/_____
Prabir Chakrabarty
RESNICK & SCHWARTZMAN, L.L.C.
One East Franklin Street
Baltimore, MD  21202
Phone: (410) 539-6087
Fax:    (410) 576-0818