# INTEROCEAN UGLAND MANAGEMENT CORPORATION
## UNLICENSED CREWMEMBER EVALUATION / PERFORMANCE REPORT

IUM-V-PER-002 Rev. 9/04

This form is to be completed by the on board department head on all unlicensed crewmembers whenever that individual detaches for any reason. The Master shall also sign each evaluation and forward it to the Home Office. (The Master shall complete this form for the Steward.)

| | | | |
|---|---|---|---|
| Vessel: | SS CAPE MAY | Date: | 3/23/05 |
| Name of Individual: | Donald Christian | Rating: | Elect |
| Reporting Period - From: | 9/30/04 | To: | 3/31/05 |

| ☑☑☑☑☑☑ a box for each question ☑ | Excellent | Very Good | Good | Fair | Poor | Not Observed |
|---|---|---|---|---|---|---|
| Cooperation | | ✓ | | | | |
| Leadership - Ability to work with crew (Bosun/Stwd only) | | | | | | ✓ |
| Attention to Assigned Duties | | ✓ | | | | |
| Willingness to Assume Responsibility | | ✓ | | | | |
| Watchstanding Ability - At Sea | | | | | | ✓ |
| Watchstanding Ability - In Port | | | | | | ✓ |
| Seamanship | | ✓ | | | | |
| Knowledge of Ship's Equipment | | ✓ | | | | |
| Knowledge of IUM Policy & Procedures | | ✓ | | | | |
| Personal Conduct & Appearance | | ✓ | | | | |

(*Good* is to be used to describe an individual who is capble of performing his / her assigned duties under normal and routine circumstances aboard)

Remarks _____
(If additional space is required, use reverse side.)

What positive qualities have you noted with his / her perfomance? Donald does thorough work, approaches and performs work in a professional manner.

In what areas does the supervisor feel that improvement can / should be made? Increase in productivity.

Have you discussed these areas with him / her?   ☑ YES   ☐ NO

If "No", specify reasons why no discussion has taken place. _____

What measures have you taken to help him / her improve? Working in conjunction on planning maintenance and repairs.

Do you recommend this individual for re-assignment to this vessel?   ☑ YES   ☐ NO

If "No", please specify reasons: _____

Dept. Head (PRINT/SIGN)    Crewmember (PRINT/SIGN): Donald M. Christian    Master

NOTES:
1. This document is intended for confidential office use only.
2. Crewmember comments may be placed on the reverse of this page.     (*Or person in charge of the ...)
3. The Crewmember is entitled to a copy of the completed & signed form.

PLAINTIFF'S EXHIBIT B

COMPANY CONFIDENTIAL

Maersk Line, Limited                                      Unlicensed Personnel Evaluation Form

| NAME (Last, First, MI) | SSN | VESSEL | VOYAGE | Period Covered by Appraisal |
|---|---|---|---|---|
| Christian, Donald M | 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 | M/V Phillips | 250 | FM: 12/06   TO: 2/06 |
| BILLET RATE QMED | | | | |

## SECTION I — ANALYSIS OF PERFORMANCE

This section is designed to serve as a constructive guide for analyzing the employee's performance. Read each statement carefully and consider the extent to which the employee demonstrates strength or weakness in the element of performance described. Indicate your analysis of the employee's performance by marking an "X" in the appropriate check box (if filling out form online, press tab to continue to next entry field and check by depressing space bar when appropriate box is highlighted or single right click with mouse). Bare in mind the primary use of this section is to identify the employee's development needs.

Rating columns: Outstanding | Above Average | Satisfactory | Unsatisfactory

### MANAGEMENT SKILLS

1. How industrious is employee?
   - [X] Works Steadily  [ ] Keeps Busy  [ ] Not Always Dependable  [ ] Wastes Time
   - Explanations/comments:

2. What is the quality of employee's work?
   - [ ] Accurate  [X] Few Errors  [ ] Variable  [ ] Poor
   - Explanations/comments:

3. Does employee have the knowledge and skill to perform in the rating to which he/she is assigned?
   - [ ] High Degree  [X] Satisfactory  [ ] Below Expectations  [ ] Unsatisfactory
   - Explanations/comments:

4. How readily does employee learn new parts of the work?
   - [ ] Quickly  [X] Moderately  [ ] Needs Instruction  [ ] Slow to learn
   - Explanations/comments:

5. How well does employee get along with other workers and supervisors?
   - [X] Agreeable  [ ] Acceptable  [ ] Tolerated  [ ] Not Friendly
   - Explanations/comments:

6. Is employee safety-conscious?
   - [ ] Promotes  [X] Adheres to Safety  [ ] Disregards Safety
   - Explanations/comments:

7. Does the employee's health or physical condition adversely affect job performance?
   - [ ] Yes  [X] No  [ ] Uncertain
   - Explanations/comments:

8. Does this employee maintain the upkeep and cleanliness of the stateroom assigned?
   - [X] Yes  [ ] No
   - Explanations/comments:

9. Is this employee prompt and dependable?
   - [X] Yes  [ ] No
   - Explanations/comments:

| SECTION II | OVERALL EVALUATION |
|---|---|

Based upon the job requirements and compared with others performing at the same level, how would you rate this Mariner's overall effectiveness?

| ☐ OUTSTANDING | ☒ ABOVE AVERAGE | ☐ SATISFACTORY | ☐ UNSATISFACTORY |
|---|---|---|---|

## PROMOTION ABILITY

Would you recommend this employee for promotion?   ☐ YES   ☒ NO   ☐ YES *(requires additional Endorsement or license)*

*Attitude:* Which of the following best describes your attitude toward having this employee serve with you

| ☐ Particularly desire to have | ☒ Prefer to most | ☐ Satisfied to have |
|---|---|---|
| ☐ Prefer not to have | Explanation: Mr Christian has done a good job for his first trip on this class of vessel. He was left a rats nest of problems from the previous electrician. I will expect more should he desire to return, as his knowledge of the ship and its systems will be more familiar. | |

Use this section to make additional or summary comments concerning elements of the employee's performance effectiveness. In addition indicate any steps you feel might be taken by the Company or the employee in order to improve present level of effectiveness (e.g. technical training, supervisory course, special counseling etc.). Note should be given to the development needs of the employee regardless of the employee's present level of effectiveness.

| NAME/RANK OF APPRAISER (Print) | SIGNATURE OF APPRAISER (Print) | DATE |
|---|---|---|
| Ronald S Paradis C/E | *[signature]* | 2/22/06 |

Employee's Comments (optional):

| The contents of this appraisal have been reviewed with me. | SIGNATURE OF EMPLOYEE<br>Donald M. Christiani | DATE<br>2/27/06 |
|---|---|---|
| Reviewed by Master: NAME OF MASTER<br><br>D. M. Silverman | SIGNATURE OF MASTER<br>*[signature]*<br>(Print) | DATE<br>2/22/06 |

COMPANY REVIEW

Crewing Coordinator

Port Captain, Hawaii (TAGOS Pacific vessels only)

(Print)

Port Captain

Marine Personnel Manager