IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE, | ) |
| & | ) |
| DONALD CHRISTIAN | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:06-cv-01423-RCL |
| OCEAN DUCHESS, INC. | ) |
| & | ) |
| UNITED STATES GOV'T DEP'T OF TRANSPORTATION | ) |
| Defendants. | ) |

## AFFIDAVIT OF GREGORY L. WHITE IN SUPPORT OF MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

1. I am over 18 years of age.

2. This affidavit is based upon personal knowledge.

3. I am competent to testify generally as to the facts set forth in this affidavit, which would be admissible in evidence.

4. On or about December of 2000, I was employed by the S.S. Cape May and remained employed by said vessel until September 13, 2005.

5. During this term of employment, I served as a senior unlicensed crewmember and have received "Very Good" and "Excellent" ratings on my evaluations and performance reports. See Unlicensed Crewmember Evaluation/Performances Reports that are attached hereto and incorporated herein as Exhibit A.

6. Yet, since 2000, I have been unfairly fired and then rehired on two other occasions.

7. The first attempt to terminate my employment occurred on January 12, 2001. On January 16, 2001, I reported my wrongful termination to Union Hall and submitted statements along with evaluations documenting unfair treatment. After investigating the causes for my termination, and finding no bad evaluations during my history on said vessel, I was informed by the Union Representative to report back to work on January 17, 2001.

8. On January 22, 2001, I was discharged again, this time for only three working days on board said vessel, by the same Chief Mate who was directly involved in my most recent termination. Upon this second attempt to terminate my employment, I filed a complaint with the Equal Employment Opportunity Commission (EEOC), but before an investigation could be pursued, I was rehired in February of 2001.

9. Since the above-referenced re-hiring, I have remained on board said vessel in the same supervisory capacity, receiving no negative evaluations and no reprimands.

10. Moreover, on at least one occasion, while said vessel was under the control of Defendant Ocean Duchess, Inc., my immediate supervisor, the Chief Mate, stated with negative connotation to Mr. Donald Christian and I that "*y'all* should be happy for the money [we] make" (emphasis added). He then inquired as to "how are *y'all* able to afford the cars you drive" (emphasis added). At the time these derisive statements were made, it was apparent that the Chief Mate was implicating African-Americans by the term "y'all." Personally, I perceived this conduct to be racially-tailored and intentionally discriminatory.

11. Finally, on September 13, 2005, Mr. Donald Christian, another African-American crewmember, and I were discharged and replaced by two younger Caucasian white males.

I hereby declare and affirm that the foregoing statements are true and correct and based upon my personal knowledge.

*Gregory L. White* (signature)
Gregory L. White
10208 Eyelet Court
Clinton, Maryland 20735