IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. WHITE, | ) |
| & | ) |
| DONALD CHRISTIAN | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:06-cv-01423-RCL |
| OCEAN DUCHESS, INC. | ) |
| & | ) |
| UNITED STATES GOV'T DEP'T OF TRANSPORTATION | ) |
| Defendants. | ) |

**AFFIDAVIT OF DONALD CHRISTIAN IN SUPPORT OF MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

1. I am over 18 years of age.

2. This affidavit is based upon personal knowledge.

3. I am competent to testify generally as to the facts set forth in this affidavit, which would be admissible in evidence.

4. I have been employed as the Electrician aboard the S.S. Cape May since October 1995. My employment began with Intrepid Ship Management, Inc. until February 2001, and then with Interocean Ugland Management Corporation until August 14, 2005, at which time Defendant Ocean Duchess, Inc. was awarded the contract for said vessel.

5. During the course of my employment aboard said vessel, the Chief Mate and the Chief Engineer acted in an intentionally discriminatory manner. For example, prior to administration of the last random drug test, the Chief Mate asked me for a cigarette, and when I refused him one he publicly stated that 'I should remember who gives the drug test, because he could make me fail.' Finding said comments to be discriminatory, I informed the Chief Engineer of the Chief Mate's threat prior to the administration of said test. However, the Chief Engineer mandated that I 'take the test or loose my job,' and claimed that he would supervise the administration of my drug test but failed to appear when the time arose. Being fifty-two (52) years old, I perceived the Chief Engineer's references to my expendability as highly offensive and discriminatory.

6. Moreover, on at least one occasion, while said vessel was under the control of Defendant Ocean Duchess, Inc., my immediate supervisor, the Chief Mate, stated with negative connotation to Mr. Donald Christian and I that "*y'all* should be happy for the money [we] make" (emphasis added). He then inquired as to "how are *y'all* able to afford the cars you drive" (emphasis added). At the time these derisive statements were made, it was apparent that the Chief Mate was implicating African-Americans by the term "y'all." Personally, I perceived this conduct to be racially-tailored and intentionally discriminatory.

7. Finally, on September 13, 2005, Mr. Donald Christian, another African-American crewmember, and I were discharged and replaced by two younger Caucasian white males.

I hereby declare and affirm that the foregoing statements are true and correct and based upon my personal knowledge.

*Donald M Christian*
Donald Christian
5407 Sasha Court
Williamsburg, Virginia 23188